WELCH MOTOR CAR CO. OF NEW YORK, Appellant, v. FIRST COMMERCIAL BANK OF PONTIAC, Respondent, et al. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by the Welch Motor Car Company of New York against the First Commercial Bank of Pontiac, impleaded with others. N. W. Kerngood, for appellant.

F. A. Gaynor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.